United States District Court

Eastern District of California

| | |
|---|---|
| Welvie Johnson, | |
|     Plaintiff, | No. Civ. S 98-1721 GEB PAN P |
|  vs. | Order |
| Suzan Hubbard, et al., | |
|     Defendants. | |

-oOo-

Good cause appearing, pretrial conference, as described in the court's November 29, 1999, scheduling order, is set for January 28, 2006, before me. The conference will be conducted on the papers. Plaintiff shall file and serve his pretrial statement and any motions for attendance of incarcerated

///
///
///
///

1  witnesses by December 30, 2005.  Defendants' pretrial statement
2  is due filed and served January 14, 2006.
3      So ordered.
4      Dated:  December 15, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge