IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WELVIE JOHNSON,

        Plaintiff,                    No. CIV. S-98-1721 EFB P

   vs.

SUZAN HUBBARD, et al.,

        Defendants.            <u>ORDER</u>

                                   /

On April 13, 2007, the court held a trial confirmation hearing in the above-captioned case. At that hearing, the court ordered as follows:

1. Defendants' motion to bifurcate the punitive damages phase from liability is granted.

2. Trial briefs and the parties' proposed jury instructions and voir dire shall be filed not later than May 8, 2007.

3. Motions in limine shall be filed not later than May 15, 2007. Oppositions thereto shall be filed not later than May 29, 2007.

4. The court will take up the motions in limine after selection of the jury but prior to opening statements.

////

////

1

5. Jury trial is now set for June 4, 2007 at 10:00 a.m. in Courtroom No. 25. The parties anticipate the trial will take two (2) days.

SO ORDERED.

Dated: April 17, 2007

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE