IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WELVIE JOHNSON,

      Plaintiff,                        No. CIV S-98-1721 EFB P

     vs.

SUZAN HUBBARD, et al.,

      Defendants.                ORDER

_____/

     Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. Jury trial is set for June 4, 2007. On May 1, 2007, plaintiff moved for a continuance of the trial date stating that all of the legal documents regarding this action had been removed from his cell. His motion also requests the court's intervention in that regard. The court construes this request as a motion for a preliminary injunction and orders as follows:.

     1. Plaintiff's request for a continuance is granted and the June 4, 2007, jury trial date is vacated;

     2. Defendants are directed to respond to plaintiff's May 1, 2007, request, construed as a motion for preliminary injunction, within seven days of the date this order is served.

Dated: May 15, 2005.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE